IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JORGE FRANCISCO,

    Defendant.

CASE NO. 8:22mj14

**SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE**

Defendant states to the Court as follows:

(1)    I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)    I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)    At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____
Defendant, Jorge Francisco

March 9, 20202
Date

_____
Attorney for Defendant
Kelly M. Steenbock

March 9, 2022
Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this  9th  day of  March , 20 22.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT