**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                **Plaintiff,**<br><br>   vs.<br><br>**JORGE FRANCISCO**<br><br>                **Defendant.** | **8:22MJ14**<br>**2:18CR01-JES_MRM**<br><br><br><br><br>**Magistrate Judge Nelson** |

**RULE 32.1 ORDER**

      A Petition and Warrant (charging document) having been filed in the district court for the Middle District of Florida charging the above-named defendant with alleged violation of supervised release, and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 32.1. The defendant had an initial appearance in accordance with Fed.R.Cr.P.32.1, and requested a combined identity, detention, and preliminary hearing. Counsel has advised the court that the defendant no longer contests that he is the person named in the petition and warrant and waives his right to a preliminary hearing and to present evidence and make argument on the court's determination of detention or release. The court finds that the defendant knowingly and voluntarily waived an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which he may be entitled in this district. The court further finds probable cause to believe that a violation occurred and that the defendant has not met his burden to prove by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. The government's oral motion for detention is granted.

      Accordingly, it is ordered that the defendant is transferred to the prosecuting district and the U.S. Marshal is commanded to take custody of the above-named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant.[1]

**IT IS SO ORDERED.**

DATED: March 9, 2022.

                                            BY THE COURT:

                                            s/ Michael D. Nelson
                                            U.S. Magistrate Judge

---

[1] Subject to request and approval of a transfer of jurisdiction to the District of Nebraska.